# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION <br><br> This Document Relates to: <br> ALL CASES | ) ) ) ) ) ) )    2:24-md-03127-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT**. This action having come before the Court on the United States Judicial Panel on Multidistrict Litigation's Transfer Order (ECF No. 1), filed October 4, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiffs' Unopposed Motion for Final Approval, Fees, Expenses, and Service Award (ECF No. 98), entered December 15, 2025, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**, except as provided for in the Settlement Agreement. Further, without affecting the finality of the Order and Judgment for purposes of appeal, the Court reserves exclusive jurisdiction over the implementation and enforcement of the Settlement Agreement, the settlement contemplated thereby, and over the enforcement of the Order and Judgment. The Court also retains exclusive jurisdiction to resolve any disputes that arise out of or relate to the Settlement Agreement.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 15, 2025
Date